UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN DOE,

      Plaintiff,                            Case No. 23-cv-12244
                                                       Hon. Matthew F. Leitman

vs.

TRANSUNION RENTAL
SCREENING SOLUTIONS, INC.,

      Defendant.
_____

## ORDER EXTENDING DISCOVERY DEADLINES
_____

      Plaintiff John Doe, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation to Extend Discovery Deadlines, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

      IT IS, THEREFORE, ORDERED that all discovery deadlines shall be extended as set forth in the Stipulation to Extend Discovery Deadlines.

                                                                     s/Matthew F. Leitman
                                                                     MATTHEW F. LEITMAN
                                                                     UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
