**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

JOHN DOE,

       Plaintiff,                   Case No. 23-cv-12244
                                         Hon. Matthew F. Leitman

v.

TRANSUNION RENTAL
SCREENING SOLUTIONS, INC.,

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant TransUnion Rental Screening Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                     s/Matthew F. Leitman
                     MATTHEW F. LEITMAN
                     UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2024, by electronic means and/or ordinary mail.

                     s/Holly A. Ryan
                     Case Manager
                     (313) 234-5126